IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELISSA VAN HOOK, | |
| Plaintiff, | **8:25CV469** |
| vs. | |
| CRETE CARRIER CORPORATION, | **FINAL PROGRESSION ORDER** |
| | **(AMENDED)** |
| Defendant. | |

Defendant filed a Motion for Extension of Scheduling Deadlines. Filing No. 40. Plaintiff did not timely respond in opposition. *See* Filing No. 42. Defendant's motion is granted for good cause shown.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1)   The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for July 7, 2026 is <u>continued</u> will be held with the undersigned magistrate judge on **September 8, 2026** at **9:30 a.m.** by telephone. Plaintiff and Counsel for Defendant shall use the conferencing instructions assigned to this case to participate in the conference.

2)   The deadline for completing[1] written discovery under Rules 33, 34, 36

---

[1] "Completed" means the discovery answers or responses to written discovery have been served. As such, written discovery must be served sufficiently in advance of the

1

and 45 of the Federal Rules of Civil Procedure is April 24, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 8, 2026.

**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)    The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):        June 22, 2026.
>
> For the defendant(s):      July 21, 2026.
>
> Plaintiff(s) rebuttal:       August 4, 2026.

4)    The deposition deadline is September 4, 2026.

5)    The deadline for filing motions to dismiss and motions for summary judgment is October 5, 2026.

6)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 5, 2026.

7)    Motions in limine shall be filed twenty-eight days before the trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)    As with defense counsel, the plaintiff is reminded that to follow the Federal Rules of Civil Procedure and this court's Local Rules.

The Federal Rules of Civil Procedure are posted online at:

https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure

---

discovery completion deadline to afford the responding party the time permitted under the discovery rules to answer or respond.

The Local Rules for the United States District Court for the District of Nebraska are posted on the court's website at:

http://www.ned.uscourts.gov/attorney/local-rules

Court resources for parties proceeding without an attorney can be found on the Nebraska federal court's website at:

http://www.ned.uscourts.gov/public/proceeding-without-an-attorney

Standard forms for case and trial preparation, including subpoena forms, are posted on the Nebraska federal court's website at:

http://www.ned.uscourts.gov/forms

9)    The parties shall review the Nebraska magistrate judges' practices posted at the court's Civil Case Management website at:

https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management

10)    As with defense counsel, the plaintiff is reminded:

a. A party must not speak with the court, or with the opposing party, unless the attorney for the opposing party is also present or on the telephone;

b. Any written communications, such as letters or emails, to the opposing party must be sent to only the opposing party's attorney;

c. If the plaintiff sends any filings, letters, or emails to the court, a copy must also be sent to the attorney for the opposing party; and

d. If the plaintiff changes her address or phone number, she must immediately advise the court and the attorney for the opposing

party of this change.

11) The parties shall not contact the court about a problem until they have first tried, but failed, to resolve the problem themselves.

12) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

13) All other deadlines and provisions in the court's prior final progression orders not amended herein remain unchanged.

Dated this 3rd day of March, 2026.

BY THE COURT:


_s/ Jacqueline M. DeLuca_

United States Magistrate Judge

4